# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-1206
Lower Tribunal No. 2015-CF-016393-A-O

———————————————

DAVID LEWIS PAYNE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Bob LeBlanc, Judge.

June 25, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.

Matthew J. Metz, Public Defender, and Allison A. Havens, Special Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED